

# KRITZER
LAW GROUP

**MEMO ENDORSED**

O 631.979.4777
F 631.979.4778
KritzerLawGroup.com

May 18, 2021

Honorable Kenneth M. Karas
United States District Judge
U.S. District Court for the Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    **Catherine Duskin v. United Parcel Service, Inc.**
            **United States District Court, Southern District of New York**
            <u>**Case No.: 7:19-cv-09911 (KMK) (PED)**</u>

Dear Judge Karas:

    I represent defendant, United Parcel Service, Inc., in connection with the above-referenced matter. I am writing at the Court's direction to request an adjournment of the Conference scheduled before your honor on May 25, 2021.

    Due to the fact that the plaintiff refused to answer various pertinent questions and abruptly terminated her deposition on April 14, 2021, a conference was held before Magistrate Judge Paul E. Davison on May 11, 2021. During the conference plaintiff's counsel was directed to file an application to withdraw pursuant to Local Civil Rule 1.4. by May 18, 2021 and Plaintiff was given until May 25, 2021 to respond. As a result, discovery has not been completed and the underlying issues that were discussed with Judge Davison remain unresolved until the motion is decided.

    In light of the foregoing, it is respectfully requested your Honor adjourn the May 25, 2021 conference to a date sufficiently long enough to resolve these issues and to complete the necessary discovery. I anticipate that at least 3 months would be necessary to accomplish the foregoing.

    I thank you in advance for your assistance in this matter.

                                          Very truly yours,

                                          David S. Kritzer

DSK:csm

cc.:    Walter F. Ciacci, Esq.
        Della Mura & Ciacci, LLP
        981 Allerton Avenue
        Bronx, NY 10469

*Granted. The Court will hold a tele conference on September 9, 2021 at 11:00 AM*

**SO ORDERED**

KENNETH M. KARAS U.S.D.J.
5/19/2021

180 East Main St., Ste. 204 Smithtown, New York 11787



Michael Byrne, Esq.
Silverman Shin & Byrne, PLLC
88 Pine Street, 22nd Floor
New York, NY 10005